AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

KYLE AUGA d/b/a KYLE'S KINETICS

*Plaintiff(s)*

v.

FENTEER, et al.

*Defendant(s)*

Civil Action No. 26-cv-06342

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
WHITEWOOD LAW PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 14, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig

**SCHEDULE A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | FENTEER | Amazon | A105AUK2UCCEA8 |
| 2 | CEYOME Health Direct | Amazon | A10APM408SXUND |
| 3 | HUASHENG-SHOP | Amazon | A10MKJWQ1D0C9G |
| 4 | TaiYuanYiJunDianZiKeJiYouXianGongSi | Amazon | A10PL3FDBIYQEF |
| 5 | shihewangluo | Amazon | A10W446RZ89HFG |
| 6 | EdisonHuang | Amazon | A111N1Y0P7OX7C |
| 7 | huaiyiyashangmao | Amazon | A14F9NL123130C |
| 8 | Adlora Store | Amazon | A16IS3R8XQA482 |
| 9 | VQGHSKV US | Amazon | A16RODXQVORZWC |
| 10 | Ebiccn | Amazon | A17AELF5DRNURT |
| 11 | YSDTHL Hydroponics Flagship | Amazon | A17NWI8XHYJ12Z |
| 12 | XiAnRenJingHeShangMaoYouXianGongSi | Amazon | A17T90XC0CECPA |
| 13 | Junan County Baochang Abrasives Factory | Amazon | A18Z3LMR254AQ5 |
| 14 | LZBFG | Amazon | A19USNI89VO4QS |
| 15 | JKOJO | Amazon | A19VXN5NQKJUQN |
| 16 | Track Fusion Original -US | Amazon | A1ARKC10P29ZGH |
| 17 | WuDianXingpm | Amazon | A1ATQ13CIPEODP |
| 18 | GianiaChi | Amazon | A1B8B3G0F9Y29O |
| 19 | xunyoulokeji | Amazon | A1C5W0DC10Z22W |
| 20 | DNLUS | Amazon | A1C6YE7I5U64P4 |
| 21 | atimaoyi | Amazon | A1D5EGQDYZYJT2 |
| 22 | Fenwies-EU | Amazon | A1DIHQXQ4XNLJ8 |
| 23 | JIEKUNJIANZHU | Amazon | A1F68FXAZATOX9 |
| 24 | 华易达百货店 | Amazon | A1FXBCU44G0JYG |
| 25 | 商城县商瀚商贸有限公司 | Amazon | A1G4XZO6SAIOAK |
| 26 | 晋江市琛卓贸易有限责任公司 | Amazon | A1ICIZSMAEPUC |
| 27 | ALA perfect | Amazon | A1J9P23WEOOINR |
| 28 | Vijayli us | Amazon | A1JRUV5LNLJLG1 |
| 29 | Strnek1 | Amazon | A1KNALP21EJNDC |
| 30 | zhuozhihai | Amazon | A1MIM1OG4ABAHU |
| 31 | PhpStore | Amazon | A1NDSL6GWEXT26 |
| 32 | Fenceey | Amazon | A1PDUWZY2PA5E |
| 33 | jiongyu | Amazon | A1PECS727DPA67 |
| 34 | Jiang Good | Amazon | A1POWGL6BX02U |
| 35 | Wuqiek | Amazon | A1Q5OP9W73Z9U4 |
| 36 | Aeonity US | Amazon | A1QCSUW5WGNA60 |

| | | | |
|---|---|---|---|
| 37 | CHENMEIYOUPIN | Amazon | A1QOO3VOTP1OBQ |
| 38 | HuangMeiXianZiCenGeShangMaoYouXianGongSi | Amazon | A1RJBOWDU3B797 |
| 39 | PawwJoy | Amazon | A1SFXIJYZCX1K6 |
| 40 | Baosity | Amazon | A1SU8XS5ZKITOE |
| 41 | LYangHH | Amazon | A1T1HPC7FN18VM |
| 42 | JIANGFF | Amazon | A1UGLT8RZ0K96H |
| 43 | Shudemei | Amazon | A1UR0KSUJ7L8Y3 |
| 44 | WDDMN | Amazon | A1VSEHGA01EPOB |
| 45 | taskihoume | Amazon | A1VSPQGXBAP89 |
| 46 | lubajiu | Amazon | A1WQ10OIW6PT3W |
| 47 | ZJEMY | Amazon | A1XXSLK33EA47N |
| 48 | 临漳县圣安康大药房 | Amazon | A1Y0Z7XNZ7NLXM |
| 49 | Taiyuanshixiaodianquyingwangbaihuojingxiaobu | Amazon | A1YSTP1FVKMUG3 |
| 50 | TZ shangmaodianzi ZD | Amazon | A1ZYOF3T5CHLB8 |
| 51 | Ang Yiyun | Amazon | A20LATHXD53U6C |
| 52 | Vestidos de tienda. | Amazon | A220IAOFMZKA94 |
| 53 | WJMFL | Amazon | A23ZE1IFPUTHUA |
| 54 | Xnaidzvs | Amazon | A247PT7Z3538KM |
| 55 | 温州瀚鸿商贸有限公司 | Amazon | A248KN11QCPXJM |
| 56 | 意恭贸易有限公司 | Amazon | A24CWCP2HPCVQO |
| 57 | Non-stop talking | Amazon | A24SOTYORE2J3 |
| 58 | Huobingchen | Amazon | A25TJQNZ795TO3 |
| 59 | 春抚贸易商行 | Amazon | A26BXUE0HIIFAI |
| 60 | Comborte | Amazon | A27A1KOY4CBQYN |
| 61 | Ellary Home | Amazon | A28837E4F8L3GX |
| 62 | Amkish | Amazon | A2985POQVVWPJP |
| 63 | 幸间贸易 | Amazon | A29QTQSI79DI8P |
| 64 | STARPOZT | Amazon | A2ATGSLHG7EQOB |
| 65 | 赐燕电子商务有限公司 | Amazon | A2AYWUJY171MU6 |
| 66 | TWTWSHOP | Amazon | A2CT42R3JA7YWX |
| 67 | Jixiaonan-US | Amazon | A2EPLLMDF0K0XX |
| 68 | Yimshop | Amazon | A2EXJY05PLJP2H |
| 69 | zonghe(7-15 days delivery) | Amazon | A2GC01NTBKVS2N |
| 70 | Pretty fun666 | Amazon | A2GO8DTV2XLNPQ |
| 71 | WangZiHanShangMao | Amazon | A2GOLKL3NGT77M |
| 72 | menglu shop | Amazon | A2H87ALDONYQQA |
| 73 | yueshang store | Amazon | A2HHS3E5HRM89T |
| 74 | SHENLINYANG Department Store | Amazon | A2HOEVQN5V317B |
| 75 | KickKraze | Amazon | A2HP8ILTXC2EET |

| | | | |
|---|---|---|---|
| 76 | Zebomai | Amazon | A2IUUB3JNM7EHX |
| 77 | BOBOBOB | Amazon | A2JHNZ5RPDKAUF |
| 78 | RONGYE-USA | Amazon | A2NOK3ADHVI0UB |
| 79 | 亦智yizhi | Amazon | A2PG2DMPSDKOPI |
| 80 | FortuneBlast | Amazon | A2R3HFCIENF0V7 |
| 81 | Dufuphae | Amazon | A2R7PK61JT4AUS |
| 82 | Shuoxingzhilian | Amazon | A2WD37OINIX2BS |
| 83 | BADAO Happy Emporium | Amazon | A2XSTR7SKFMY7I |
| 84 | Karlvb（5-14 days fast delivery） | Amazon | A33593XLGHSX4U |
| 85 | QiaoYanKuaJing XinXiZiXun | Amazon | A36R9KZJZCQNVV |
| 86 | ASTRIYO | Amazon | A386RQ8CA53OPR |
| 87 | positrack | Amazon | A390TBZ38H6FDC |
| 88 | Professional Adaptation | Amazon | A3FK2O3HV05FB9 |
| 89 | Chair specialty store | Amazon | A3RV7UB4I17GJ0 |
| 90 | NexusMMart | Amazon | A3UVT26VVMION6 |
| 91 | 皓倩奕贸易商行 | Amazon | A3V0D8G0YTAR32 |
| 92 | 冠吴贸易 | Amazon | A5P18GYGL1CZY |
| 93 | xuanhanrui | Amazon | A893574LDKIEX |
| 94 | shimuhongdia22 | Amazon | A9KXHFR2KJIRX |
| 95 | 广夏之光照明 | Amazon | AB797F41AV0Z3 |
| 96 | Ramonbell_ | Amazon | ABXNE6ZZ2K3Z0 |
| 97 | HEOSHIULY Gift | Amazon | AEZ1AB0R8IBOK |
| 98 | SANYISAN | Amazon | ALZIGA65GQQ93 |
| 99 | GYTRUUS | Amazon | AON2XOST267VZ |
| 100 | ShouQuMaoYi | Amazon | ARTJQ2ICRMBOG |

Civil Action No. 26-cv-6342

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 09/14/2026 .

❒ I personally served the summons on the individual at *(place)* ______

______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______

______ , a person of suitable age and discretion who resides there,

on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______

______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: On August 12, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 15, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants via email.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: